IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Herrion, Charles A  
Jackson-Herrion, Stephanie L  
Printed: 2/19/08

Case Number: 04 B 33270  
Judge: Wedoff, Eugene R  
Filed: 9/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008  
Confirmed: October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,648.22 |  |
| Secured: |  | 6,962.02 |
| Unsecured: |  | 5,301.52 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,394.00 |
| Trustee Fee: |  | 742.46 |
| Other Funds: |  | 1,248.22 |
| Totals: | 15,648.22 | 15,648.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,394.00 | 1,394.00 |
| 2. | Triad Financial Services | Secured | 6,962.02 | 6,962.02 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 228.80 | 310.76 |
| 4. | SBC | Unsecured | 561.84 | 763.11 |
| 5. | A All Financial | Unsecured | 225.44 | 306.21 |
| 6. | Commonwealth Edison | Unsecured | 444.43 | 603.65 |
| 7. | TCF Bank | Unsecured | 76.30 | 103.64 |
| 8. | Triad Financial Services | Unsecured | 1,988.16 | 2,700.28 |
| 9. | RoundUp Funding LLC | Unsecured | 88.14 | 119.72 |
| 10. | Peoples Energy Corp | Unsecured | 290.18 | 394.15 |
| 11. | Bally's | Unsecured |  | No Claim Filed |
| 12. | Blago Loncar | Unsecured |  | No Claim Filed |
| 13. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 14. | Sprint PCS | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,259.31 | $ 13,657.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 134.22 |
| 4% | 37.01 |
| 3% | 38.85 |
| 5.5% | 203.50 |
| 5% | 63.75 |
| 4.8% | 100.01 |
| 5.4% | 165.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Herrion, Charles A <br> Jackson-Herrion, Stephanie L <br> Printed: 2/19/08 | Case Number: 04 B 33270 <br> Judge: Wedoff, Eugene R <br> Filed: 9/8/04 |

$$\underline{\phantom{xxxxxxxx}}$$
$ 742.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

